AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

RECEIVED
FEB - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jane M. Falck and Steven P. Falck

**SUMMONS IN A CIVIL CASE**

V.

INTERNAL REVENUE SERVICE,
DEPARTMENT OF THE TREASURY, UNITED
STATES aka, UNITED STATES OF AMERIC
a Federal Corporation

CASE NUMBER  1:06CV02269

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 12 29 2006

TO: (Name and address of Defendant)

UNITED STATES
U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001
ATTN: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF   PRO SE   (name and address)

In Pro Se:

Steven P. Falck + Jane M. Falck
1631 Hastings Circle NW
Uniontown, Ohio 44685

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 29 2006
_____            _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>January 22, 2007 |
| NAME OF SERVER (PRINT)<br>**HARRY POLLINGER** | TITLE<br>Plaintiff |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

    Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I mailed the a true and correct copy of issued Summons, Notice of Right to Consent to Trial Before U.S. Magistrate, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, and Complaint on **January 10, 2007** by Certified Mail addressed as follows:</u>

United States
c/o U.S. Attorney
Attn: Civil Process Clerk
555 4th Street NW
Washington DC 20530   Certified Mail: <u>7004 1160 0006 1909 8897</u>

United States
c/o United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001   Certified Mail: <u>7004 1160 0006 1909 8910</u>

The Summons and Complaint were delivered to the U.S. Attorney and the U.S. Attorney General on **January 16, 2007** (see United States Postal Service Track and Confirms attached as **Exhibit A** and **Exhibit B**).

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>N/A | TOTAL<br>N/A |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on  1-29-07    *[signatures]*<br>          Date          Signature of Server<br><br>          c/o 1631 Hastings Cir. NW<br>          Uniontown, Ohio [44685]<br>          Address of Server |

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7004 1160 0006 1909 8897**
Detailed Results:
- **Delivered, January 16, 2007, 4:41 am, WASHINGTON, DC 20530**
- **Notice Left, January 16, 2007, 3:02 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 16, 2007, 12:42 am, WASHINGTON, DC 20022**
- **Acceptance, January 10, 2007, 11:17 am, HARTVILLE, OH 44632**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm** 

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS      site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7004 1160 0006 1909 8910**
Detailed Results:

- **Delivered, January 16, 2007, 4:41 am, WASHINGTON, DC 20530**
- **Notice Left, January 16, 2007, 3:02 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 16, 2007, 12:42 am, WASHINGTON, DC 20022**
- **Acceptance, January 10, 2007, 11:18 am, HARTVILLE, OH 44632**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.



( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS        site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

EXHIBIT | PAGE | of
--- | --- | ---
B | 1 | 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jane M. Falck and Steven P. Falck

**SUMMONS IN A CIVIL CASE**

V.

INTERNAL REVENUE SERVICE,
DEPARTMENT OF THE TREASURY, UNITED
STATES aka, UNITED STATES OF AMERICA,
a Federal Corporation

CASE NUMBER  1:06CV02269

C JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 12 29 2006

TO: (Name and address of Defendant)

DEPARTMENT OF THE TREASURY
1500 Pennsylvania Ave. N.W.
W.D.C. 20220

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S *Pro Se* ▓▓▓▓ (name and address)

In Pro Se:

Steven P. Falck & Jane M. Falck
1631 Hastings Circle NW
Uniontown, Ohio 44685

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     DEC 2 9 2006
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>January 16, 2007 |
| NAME OF SERVER (PRINT)<br>**Steven P. Falck** | TITLE<br>Plaintiff |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

  Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I mailed the a true and correct copy of issued Summons, Notice of Right to Consent to Trial Before U.S. Magistrate, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form and Complaint on **January 10, 2007** by Certified Mail addressed as follows:

Department of the Treasury
c/o U.S. Attorney
Attn: Civil Process Clerk
555 4th Street, N.W.
Washington DC 20530
Certified Mail No. 7004 1160 0006 1909 8941

Department of the Treasury
Attn: Civil Process
1500 Pennsylvania Avenue NW
Washington, DC 20225
Certified Mail No. 7004 1160 0006 1909 8965

United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7004 1160 0006 1909 8958

The issued Summons (with the above inclusion) and Complaint were delivered to the U.S. Attorney, the U.S. Attorney General and the Department of the Treasury on **January 16, 2007** (see the United States Postal Service's Track and Confirms attached as **Exhibit A, Exhibit B and Exhibit C**).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>N/A | TOTAL<br>N/A |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-29-07
                    Date              Signature of Server

c/o 1631 Hastings Cir. NW
Uniontown, Ohio [44685]
_____
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7004 1160 0006 1909 8941**
Detailed Results:
- **Delivered, January 16, 2007, 4:41 am, WASHINGTON, DC 20530**
- **Notice Left, January 16, 2007, 3:02 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 16, 2007, 12:42 am, WASHINGTON, DC 20022**
- **Acceptance, January 10, 2007, 11:22 am, HARTVILLE, OH 44632**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7004 1160 0006 1909 8958**
Detailed Results:
- **Delivered, January 16, 2007, 4:41 am, WASHINGTON, DC 20530**
- **Notice Left, January 16, 2007, 3:02 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 16, 2007, 12:42 am, WASHINGTON, DC 20022**
- **Acceptance, January 10, 2007, 11:22 am, HARTVILLE, OH 44632**

( < Back )         ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



| POSTAL INSPECTORS | site map | contact us | government services | jobs | **National & Premier Accounts** |
| Preserving the Trust | | Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy | | | |

| EXHIBIT | PAGE | |
|---|---|---|
| b | 1 | 1 |

Case 1:06-cv-02269-ESH    Document 2    Filed 02/01/2007    Page 9 of 14



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7004 1160 0006 1909 8965**
Detailed Results:
- **Delivered, January 16, 2007, 7:54 am, WASHINGTON, DC 20220**
- **Arrival at Unit, January 16, 2007, 3:48 am, WASHINGTON, DC 20022**
- **Acceptance, January 10, 2007, 11:21 am, HARTVILLE, OH 44632**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| C | 1 | 1 |

1 of 1    1/24/2007 2:34 PM

# UNITED STATES DISTRICT COURT
## District of Columbia

Jane M. Falck and Steven P. Falck

**SUMMONS IN A CIVIL CASE**

V.

INTERNAL REVENUE SERVICE,
DEPARTMENT OF THE TREASURY, UNITED
STATES aka, UNITED STATES OF AMERICA,
a Federal Corporation

CASE NUMBER   1:06CV02269

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 12 29 2006

TO: (Name and address of Defendant)

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE. N.W.
W, D.C. 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

In Pro Se:

Steven P. Falck + JANE FALCK
1631 Hastings Circle NW
Uniontown, Ohio 44685

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DEC 2 9 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE January 11, 2007 |
|---|---|
| NAME OF SERVER (PRINT) **Steven P. Falck** | TITLE Plaintiff |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

　Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I mailed the a true and correct copy of issued Summons, Notice of Right to Consent to Trial Before U.S. Magistrate, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, and on **January 9, 2007** by Certified Mail addressed as follows:</u>

　Internal Revenue Service
　c/o U.S. Attorney
　Attn: Civil Process Clerk
　555 4th Street, N.W.
　Washington DC 20530
　Certified Mail No. <u>7004 1160 0006 1909 8903</u>

　Internal Revenue Service
　Attn: Earl Sellars, Agent
　1111 Constitution Ave., N.W.
　Washington, DC 20224
　Certified Mail No. <u>7004 1160 0006 1909 8927</u>

　United States Attorney General
　Attn: Civil Process
　950 Pennsylvania Ave NW
　Washington D.C. 20530-0001
　Certified Mail No. <u>7004 1160 0006 1909 8934</u>

<u>The issued Summons (with the above inclusions) and Complaint were delivered to the U.S. Attorney, the U.S. Attorney General and the Internal Revenue Service on **January 11, 2007** (see the United States Postal Service's Track and Confirms attached as Exhibit A, Exhibit B and Exhibit C).</u>

## STATEMENT OF SERVICE FEES

| TRAVEL N/A | SERVICES N/A | TOTAL N/A |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _1-29-07_　_[signature]_
　　　　　　Date　　　Signature of Server

c/o 1631 Hastings Cir. NW
Uniontown, Ohio [44685]
_____
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7004 1160 0006 1909 8903**
Detailed Results:

- **Delivered, January 11, 2007, 10:55 am, WASHINGTON, DC 20530**
- **Notice Left, January 11, 2007, 10:34 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 11, 2007, 10:07 am, WASHINGTON, DC 20022**
- **Acceptance, January 09, 2007, 4:40 pm, HARTVILLE, OH 44632**

( < Back )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

EXHIBIT | PAGE | of
--- | --- | ---
A | 1 | 1



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 1909 8934**
Detailed Results:

- **Delivered, January 11, 2007, 10:55 am, WASHINGTON, DC 20530**
- **Notice Left, January 11, 2007, 10:34 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 11, 2007, 10:07 am, WASHINGTON, DC 20022**
- **Acceptance, January 09, 2007, 4:40 pm, HARTVILLE, OH 44632**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 1 | 1 |



Home | Help | Sign In

**Track & Confirm**     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 1909 8927**
Detailed Results:

- Delivered, January 11, 2007, 10:28 am, WASHINGTON, DC 20224
- Notice Left, January 11, 2007, 10:18 am, WASHINGTON, DC 20224
- Arrival at Unit, January 11, 2007, 10:07 am, WASHINGTON, DC 20022
- Acceptance, January 09, 2007, 4:39 pm, HARTVILLE, OH 44632

**Track & Confirm** 
Enter Label/Receipt Number.

( Go > )

( < Back )      ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

| EXHIBIT | PAGE | of |
|---|---|---|
| C | 1 | 1 |