IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE M. FALCK ,  )<br>STEVEN P. FALCK,  )<br>     Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>INTERNAL REVENUE SERVICE,  )<br>     Defendant.  ) | No: 1:06CV02269 (ESH) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

DEFENDANT, the Internal Revenue Service, through its attorneys, moves the Court under Fed. R. Civ. P. 6(b)(1) to enlarge the time for defendant to answer, move, or otherwise plead to plaintiffs' complaint. Defendant moves for an additional fifteen (15) days in which to answer, move, or otherwise plead in response to the complaint.

As grounds for this motion, defendant asserts that additional time is needed to assemble and analyze the relevant records, and advise the Department of Justice as to the defense of this case within the time period provided by Fed. R. Civ. P. 12. These grounds are more fully explained in a memorandum of points and authorities accompanying this motion.

The specific relief sought by this motion is an order enlarging the time for defendant to serve an answer, motion, or to other responsive pleading to the complaint by fifteen (15), to and including April 3, 2007.

DATE: March 15, 2007.

Respectfully submitted,

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6585/514-6866
Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JANE M. FALCK,  )
STEVEN P. FALCK,  )
    Plaintiffs,  )
      )
v.  )    No: 1:06CV02269 (ESH)
      )
INTERNAL REVENUE SERVICE,  )
    Defendant.  )

**MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF UNITED STATES' MOTION FOR
ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE PLEAD**

    This is a civil action in which plaintiff alleges that the Internal Revenue Service violated various sections of the Internal Revenue Code, thus giving rise to a damage claim for wrongful collection.

STATEMENT & DISCUSSION

    1. <u>Introduction.</u>  Plaintiff filed this complaint on December 29, 2006.

    2. <u>The time for the defendant to serve an answer, motion, or other responsive pleading.</u>  Under Fed. R. Civ. P. 12(a)(3), the Internal Revenue Service has sixty (60) days from the date of service (January 19, 2007) to answer or otherwise respond to the complaint.  Accordingly, an answer is due on or before March 19, 2007.

    3. <u>Compliance with the pleading deadline.</u>  Additional time is needed by the Internal Revenue Service to assemble, analyze, and advise the Department of Justice with respect to the complaint in this case within the period of time prescribed by Fed. R. Civ. P. 12(a).

    4. <u>Relief requested.</u>  The process of assembling and analyzing case files and records, and providing litigation advice to the Department of Justice, can and likely will be completed within an additional fifteen (15)-day period.

    5. <u>The Court has discretion to grant this motion.</u>  Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise

pleading to the complaint.  See Poe v. Christina Copper Mines, Inc., 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request.  Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required.  The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., Moore's Federal Practice, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); Baden v. Craig-Hallum, Inc., 115 F.R.D. 582, 585 (D. Minn. 1987).  Defendant has not been guilty of negligence or bad faith, nor has defendant abused the privilege of extensions.

     6.  Summary.  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.  Plaintiffs consented to the extension of time.

CONCLUSION

    It is the position of defendant that the motion for enlargement time to answer, move, or otherwise plead ought to be granted.

DATE: March 15, 2007                      Respectfully submitted,

                                                /s/ Beatriz T. Saiz
                                                BEATRIZ T. SAIZ
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Ben Franklin Station
                                                Washington, DC 20044
                                                Phone/Fax: (202) 307-6585/514-6866
                                                Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL

JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE M. FALCK , ) | |
| STEVEN P. FALCK, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:06CV02269 (ESH) |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
|     Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, and a proposed ORDER were served upon plaintiff on March 15, 2007 by depositing copies in the United States mail, postage prepaid, addressed as follows:

>Steven P. Falck
>Jane Falck
>1631 Hastings Circle NW
>Uniontown, Ohio 44685

>/s/   Beatriz T. Saiz
>BEATRIZ T. SAIZ

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE M. FALCK ,                )<br>STEVEN P. FALCK,               )<br>         Plaintiffs,                      )<br>                                              )<br>v.                                           )<br>                                              )<br>INTERNAL REVENUE SERVICE,  )<br>         Defendant.                     ) | No: 1:06CV02269 (ESH) |

### **O R D E R**

Having considered the defendant's motion for an enlargement of time in which to answer, move, or otherwise plead, together with a memorandum in support thereof, and any opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, D.C.

ORDERED that defendant's motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that defendant shall have an additional fifteen (15) days until April 3, 2007, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

STEVEN P. FALCK
JANE FALCK
1631 Hastings Circle NW
Uniontown, Ohio 44685