IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE M. FALCK, ) | |
| STEVEN P. FALCK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:06CV02269 (ESH) |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the defendant in the above-captioned case.

DATE: April 4, 2007

                              Respectfully submitted,

                              /s/ Beatriz T. Saiz
                              BEATRIZ T. SAIZ
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 227
                              Washington, D.C. 20044
                              Telephone: (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on April 4, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Steven P. Falck
>Jane Falck
>1631 Hastings Circle NW
>Uniontown, OH 44685


>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ