IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane M. Falck and Steven P. Falck, ) | |
| ) | |
| Plaintiffs, ) | Case No. 06-CV-02269-ESH |
| ) | |
| vs. ) | |
| ) | PLAINTIFFS' REQUEST FOR |
| INTERNAL REVENUE SERVICE, ) | ENLARGEMENT OF TIME TO RESPOND |
| DEPARTMENT OF THE TREASURY, ) | TO DEFENDANTS' MOTION TO DISMISS |
| UNITED STATES aka UNITED STATES ) | |
| OF AMERICA, a Federal Corporation, ) | Fed.R.Civ.P. 6(b) |
| ) | |
| Defendants. ) | |

PLAINTIFFS Jane M. Falck and Steven P. Falck, proceeding on their own behalf, move the Court pursuant to Fed.R.Civ.P. 6(b)(1) for an enlargement of time to respond to Defendants' motion to dismiss. As grounds for this move, Plaintiffs assert that additional time is needed for the following good cause:

1. Plaintiffs are not attorneys and currently have no counsel and are proceeding in pro se;

2. Because of the complexity of the Defendants' motion to dismiss, especially the memorandum of points and authorities in support, much research must be done to assemble and analyze the relevant records and research not only the federal procedures, but also research case law to prepare an adequate answer to said motion, which must also contain a supporting memorandum of points and authorities.

4. The specific relief sought by this motion is an order enlarging the time for Plaintiffs to serve the response to the dismissal motion by thirty (30) days from the Court's order.

REQUEST FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION TO DISMISS

RECEIVED
MAY 3 - 2007

Jane M. Falck and Steven P. Falck, Plaintiffs

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE, Plaintiffs move for an enlargement of time to serve a response with a supporting memorandum of points and authorities by thirty (30) days from the date of the Court's Order.

I/we declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. All rights retained without recourse.

On this 1 day of May, 2007

_____
Steven P. Falck, Plaintiff
c/o 1631 Hastings Cir. NW
Uniontown, Ohio [44685]

_____
Jane M. Falck, Plaintiff
c/o 1631 Hastings Cir. NW
Uniontown, Ohio [44685]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane M. Falck and Steven P. Falck, ) | |
| ) | |
| Plaintiffs, ) | Case No. 06-CV-02269-ESH |
| ) | |
| vs. ) | MEMORANDUM OF POINTS |
| ) | AND AUTHORITIES |
| INTERNAL REVENUE SERVICE, ) | |
| DEPARTMENT OF THE TREASURY, ) | |
| UNITED STATES aka UNITED STATES ) | Fed.R.Civ.P. 6(b) |
| OF AMERICA, a Federal Corporation, ) | |
| ) | |
| Defendants. ) | |

This is a civil action in which Plaintiffs are seeking the return of personal property unlawfully seized and taken by the Defendants and seeking declaratory and injunctive relief pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, and the U.S. Constitution.

STATEMENT AND DISCUSSION

1. <u>Introduction</u>. Defendants filed the motion to dismiss on April 4, 2007.

2. <u>The time for the Plaintiffs to serve a response with a memorandum of points and authorities in support</u>. The Court ordered: "that the Plaintiffs shall respond to the Defendants' motion to dismiss no later than May 7, 2007. If Plaintiffs neither respond nor move for an extension of time by the due date, the Court may treat the motion as conceded and dismiss Plaintiffs' complaint (see Docket #6). Accordingly, the responsive memorandum is due on or before May 7, 2007.

3. <u>Compliance with the pleading deadline</u>. Additional time is needed for Plaintiffs to not only research, assemble and analyze the relevant records and the federal rules of civil procedure, but also to research case law to prepare an adequate answer to said motion, which must also contain a supporting memorandum of points and authorities within the period of time prescribed.

4. <u>Relief requested</u>. The process of researching and preparing an adequate answer to said motion, which must also contain a supporting memorandum of points and authorities, can and likely will be completed within and additional thirty (30)-day period.

5. <u>The Court has discretion to grant this motion</u>. Under Fed.R.Civ.P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the complaint. See <u>Poe v. Christina Cooper Mines, Inc.</u>, 15.F.R.D. 85, 87-88 (D.Del. 1953.) As the revisers of Professor Moore's treaties on procedure have commented:

> *"When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request. Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown." What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required. The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions."*

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p.6-4.01 (1999) [footnotes omitted]; <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987).

6. Plaintiffs have not been guilty of negligence or bad faith, nor have Plaintiffs abused the privilege of extensions.

7. <u>Summary</u>. The Court should exercise its discretion to grant the requested enlargement of time in the interest of justice and for cause shown.

## CONCLUSION

It is the position of the Plaintiffs that the motion for enlargement of time to respond to Defendants' motion to dismiss ought to be granted.

On this __1__ day of __May__, 2007.

Respectfully submitted,

*[signature]*
Steven P. Falck, Plaintiff
c/o 1631 Hastings Cir. NW
Uniontown, Ohio [44685]

*[signature]*
Jane M. Falck, Plaintiff
c/o 1631 Hastings Cir. NW
Uniontown, Ohio [44685]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane M. Falck and Steven P. Falck, | ) |
| Plaintiffs, | ) Case No. 06-CV-02269-ESH |
| vs. | ) |
| INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, UNITED STATES aka, UNITED STATES OF AMERICA, a Federal Corporation, | ) CERTIFICATE OF SERVICE |
| Defendants. | ) |

IT IS CERTIFIED that Plaintiffs' Move for Enlargement of Time to Respond to Defendants' Motion to Dismiss, Memorandum of Points & Authorities in Support, and proposed Order were served upon defendants on the __1__ day of __May__ 2007 by depositing copies in the United States mail, postage prepaid, addressed as follows:

Beatriz T. Saiz, Trial Attorney
U.S. Dept. of Justice, Tax Div.
PO Box 227, Ben Frnkln. Sta.
Washington, DC 20044
Certified Mail No. 7004 1160 8278 0534

Steven P. Falck, Plaintiff
c/o 1631 Hastings Cir. NW
Uniontown, Ohio [44685]

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane M. Falck and Steven P. Falck, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 06-CV-02269-ESH |
| vs. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| DEPARTMENT OF THE TREASURY, ) | ORDER |
| UNITED STATES aka, UNITED STATES OF ) | |
| AMERICA, a Federal Corporation, ) | |
| ) | |
| Defendants. ) | |

Having considered the plaintiffs' motion for an enlargement of time to respond to the motion to dismiss, together with a memorandum in support thereof, and any opposition thereto, the Court concludes that the motion be granted. Accordingly, it is this ____ day of _____, 2007

**ORDERED** that plaintiff's motion for enlargement of time to respond to motion to dismiss be and is **GRANTED**;

**ORDERED** that defendant shall have an additional thirty (30) days until _____, 2007, in which to serve a responsive memorandum with citation of authorities in opposition to the motion; and it is further

**ORDERED** that the Clerk shall distribute conformed copies of this order to the representative of the parties listed below.

---

UNITED STATES DISTRICT JUDGE

COPIES TO:

Beatriz T. Saiz, Trial Attorney
U.S. Dept. of Justice, Tax Div.
PO Box 227, Ben Frnkln. Sta.
Washington, DC 20044

Jane M. Falck and Steven P. Falck
631 Hastings Cir., NW
Uniontown, Ohio 44685