UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE M. FALCK, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-02269 (ESH) |
| INTERNAL REVENUE SERVICE, *et al.* | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the accompanying memorandum opinion, the government's "Motion to Dismiss" [Dkt. 5] is **GRANTED**. It is hereby

**ORDERED** that the above-captioned case be **DISMISSED WITHOUT PREJUDICE**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 14, 2007